BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
SEP 12 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCELYN M. AGUSTIN,<br>EMMA Y. MIRADOR,<br><br>Defendants. | 2:11-CR-00298-DAD<br><br>**ORDER TO SHOW CAUSE**<br>**RE: PROBATION REVOCATION** |

It is Hereby Ordered that the defendants appear on October 2, 2012, at 10:00 a.m. to show cause why the probation granted on October 18, 2011, should not be revoked for the defendants' failure to pay the court-ordered restitution and special assessment.

IT IS SO ORDERED.

Dated: September 12, 2012

_Dale A. Drozd_
HON. DALE A. DROZD
United States Magistrate Judge

1