DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOCELYN M. AGUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 2:11-CR-0298-DAD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER EXTENDING DEFENDANTS' TERM OF COURT |
| v. | ) ) | PROBATION |
| JOCELYN M. AGUSTIN and EMMA Y. MIRADOR | ) ) ) | DATE: November 6, 2012 TIME: 10:00 a.m. JUDGE: Hon. Dale Drozd |
| Defendants. | ) ) | |

The United States of America, by and through its undersigned attorney, Justin Lee, defendant JOCELYN AGUSTIN, by and through her undersigned attorney, Linda Harter, and defendant EMMA MIRADOR, by and through her undersigned attorney, John Baumgardner, hereby stipulate to extend the defendants' court probation, which is scheduled to terminate on October 17, 2012, for a period of one month.

Under the terms of their probation, the defendants are required to complete 80 hours each of community service, to pay restitution in the amount of $2622.92 (joint and severally), and to pay special assessment fees of $75 each. To date, the defendants have satisfied all terms of their probation, with the exception of paying the restitution, special assessment, and proof of completion of community

1

service. The defendants, both of whom are unemployed, seek a brief extension of their probation to pay their restitution and fees, and additional time to provide proof of completion of their community service.

Accordingly, the parties jointly request that the court vacate the probation revocation hearing set for October 2, 2012 at 10:00am and set a status hearing for November 6, 2012 at 10:00am.

DATED: September 25, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Justin Lee
JUSTIN LEE
United States Attorney

DATED: September 25, 2012  DANIEL J. BRODERICK
Federal Defender

By: /s/ Rachelle Barbour for
Linda C. Harter
Attorney for JOCELYN AGUSTIN

DATED: September 25, 2012  LAW OFFICES OF TIM A. PORI

By: /s/ John F. Baumgardner

John F. Baumgardner
Attorney for EMMA MIRADOR

/////
/////
/////
/////
/////
/////

**O R D E R**

**IT IS SO ORDERED.** The probation revocation hearing set for October 2, 2012 at 10:00am is vacated. A status hearing is set for November 6, 2012 at 10:00am.

DATED: September 26, 2012.

   /s/ Dale A. Drozd
   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

dad1.crim
augustin0298stipord.extendprob.wpd